UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

                 Plaintif,

-vs-

SAJID HAKIM and SAKINA HAKIM,

                 Defendants.

_____/

Case Nos. 2:13-CR 20347
              2:16-CR 51687

Hon. Paul D. Borman

## ORDER FOR SUBSTITUTION OF COUNSEL

This matter having come before the Court by way of stipulation between counsel; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that Leon J. Weiss, is hereby substituted in the place and stead of Eric A. Ladasz, as counsel of record for Defendants, Sajid Hakim and Sakina Hakim, herein.

IT IS SO ORDERED.

_____
Paul D. Borman
United States District Judge

Dated:    FEB 1 0 2017